

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00870-CR

The **STATE** of Texas,
Appellant

v.

Elvin Francisco **MOLINA**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 12049CR
Honorable Dennis Powell, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order granting Elvin Francisco Molina habeas relief and dismissing his criminal case with prejudice is AFFIRMED.

SIGNED July 17, 2024.

_____
Beth Watkins, Justice